No. 84–5142.  GARAY *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 84–5194.  TENNART *v.* MAGGIO, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 84–5198.  TARKOWSKI *v.* PENNZOIL CO., INC., ET AL. C. A. 7th Cir.  Certiorari denied.

No. 84–5209.  HUGHES *v.* FLORIDA; and TAYLOR, AKA KUEBLER *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 84–5212.  GREGORY *v.* WYRICK, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 84–5222.  DOCK *v.* LATIMER ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 84–5225.  LAMACKI *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–5229.  HORNICK *v.* PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–5230.  BARSHAI *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 84–5231.  JONES *v.* WOLVERINE BOLT CO.  C. A. 6th Cir. Certiorari denied.

No. 84–5232.  BETHEA *v.* J. A. JONES CONSTRUCTION SERVICES CO.  C. A. 9th Cir.  Certiorari denied.

No. 84–5246.  STAPLES *v.* SCHERALLA ET AL.  C. A. 7th Cir. Certiorari denied.

No. 84–5248.  FERENC, AKA ROWE *v.* PAITE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 84–5250.  JOHN *v.* SILVERLIGHT ET AL.  C. A. 11th Cir. Certiorari denied.